**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
CLARENCE DENNIS,

                        Plaintiff,

        -against-                                              25 **CIVIL** 8134 (LTS)

                                                              **JUDGMENT**

CELLCO PARTNERSHIP D/B/A VERIZON
WIRELESS,

                        Defendants.
---------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated January 9, 2026, the complaint is dismissed without prejudice.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf.

Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

**Dated:**  New York, New York

        January 14, 2026

                                                **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**


                                BY:     _____
                                                **Deputy Clerk**